AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

JOSE AVILA VENEGAS

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 14-MJ-4101-DHH

I, __JOSE AVILA VENEGAS__, charged in a ☑ complaint ☐ petition pending in this District with __Possession with intent to distribute 500 grams or more of cocaine__ in violation of Title __21__, U.S.C., __841(a)(1)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_Defendant_

_Counsel for Defendant_

4/21/2014
_Date_