UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

14CR10313
DHH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| | ) | Violations: |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a) |
| | ) | Possession with Intent to |
| JOSE AVILA VENEGAS, | ) | Distribute Cocaine |
| | ) | |
| Defendant. | ) | 21 U.S.C. § 853 |
| | ) | Drug Asset Forfeiture |

## INDICTMENT

**COUNT ONE:** (Title 21, United States Code, Section 841(a) – Possession with Intent to Distribute Cocaine)

The Grand Jury charges that:

On or about April 18, 2014, at Attleboro, Foxboro, Mansfield, elsewhere in the District of Massachusetts, and elsewhere,

**JOSE AVILA VENEGAS,**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of cocaine, a Schedule II controlled substance, is attributable to, and was reasonably foreseeable by, the defendant. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to the defendant.

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further alleges that:

1. Upon conviction of Count One of this Indictment,

**JOSE AVILA VENEGAS,**

the defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through

(e) of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Linda M. Ricci
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS       October 23, 2014

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

2:51 p.